UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL WRIGHT<br>    Plaintiff | CIVIL ACTION NO.: 19-13529 |
| VERSUS | SECTION: "F" |
| CITY OF HARAHAN, et al.<br>    Defendants | MAGISTRATE: "5" |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants The City of Harahan, Chief Tim Walker, Lieutenant Thomas Bronk, and Captain Manuel Adams (hereinafter collectively referred to as the "Harahan Defendants"), who move this Honorable Court for judgment dismissing the claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons more fully set forth in the accompanying Memorandum in Support.

WHEREFORE, Defendants The City of Harahan, Chief Tim Walker, Lieutenant Thomas Bronk, and Captain Manuel Adams pray that after due proceedings are had this Motion be maintained and Plaintiff's Complaint be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted this 13th day of January, 2020.

By:   /S/ Deborah A. Villio_____
DEBORAH A. VILLIO (LA. BAR #19352)
MICHAEL L. FANTACI (LA. BAR #25043)
LEBLANC FANTACI VILLIO, LLC
3421 No. Causeway Blvd., Suite 201
Metairie, LA 70002
Telephone (504) 828 – 1010
Fax: (504) 828 – 1079

*Attorneys for Defendants The City of Harahan,*
*Chief Tim Walker, Lieutenant Thomas Bronk, and*
*Captain Manuel Adams*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF system which will provide a notice of electronic filing to all registered parties on this 13th day of January 2020. I further certify that the *pro se* Plaintiff has been served with the foregoing via U.S. Mail at his most recent address of record and via Email on this 13th day of January 2020:

Michael Wright
115 Apple Street
Norco, LA  70079
michaelpwright@yahoo.com

/S/ DEBORAH A. VILLIO